United States District Court
Southern District of Texas
**ENTERED**
June 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PAULA NAVARRO, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. H-26-2590 |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondent. | § | |

**ORDER OF DISMISSAL**

The petitioner has been removed.  (Docket Entry No. 6).  This case is moot.  The court

dismisses the petition for a writ of habeas corpus, for lack of subject-matter jurisdiction.

SIGNED on June 30, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge